| UNITED STATES DISTRICT COURT WESTERN DISTRICT OF MICHIGAN | EXECUTION AGAINST PROPERTY | CASE NO. 1:17-cv-901-PJG<br>JUDGE Hon. Phillip J. Green |
|---|---|---|

Office of the Clerk, 399 Federal Building, 110 Michigan St., N.W., Grand Rapids, Michigan 49503    (616) 456-2381

| Plaintiff name(s) and address(es)<br>Pamela Barnett<br>c/o C. Christopher Newberg<br>Rodenhouse Kuipers, PC<br>678 Front Ave. NW, Suite 176<br>Grand Rapids, MI 49504    (616) 451-4000 | v | Defendant name(s) and address(es)<br>Barn Cats LLC and Randall Mouw<br>3016 Woodbridge Dr SE Apt 304<br>Grand Rapids MI 49512-1966 |
|---|---|---|

## REQUEST AND VERIFICATION

1. On Date 12/11/2018, a judgment was granted in this case upon which the following is now due:
   Amount of judgment    $ 25,000.00
   Interest to this date  $ 164.59
   Post judgment costs    $
   Total                  $ 25,164.59    Less credits received $ 0    Total balance due $ 25,164.59

2. Personal jurisdiction was not acquired over the following defendant(s): _____

3. The plaintiff requests the Court issue a writ of execution against the property of the following defendant(s):
   Barn Cats LLC and Randall Mouw

I declare that the statements above are true to the best of my information, knowledge and belief.

3/10/2019                                                /s/ C. Christopher Newberg
Date                                                     Plaintiff / Attorney signature
Rodenhouse Kuipers PC, 678 Front Ave. NW, Suite 176, Grand Rapids, MI 49504    616-451-4000
Address                        City                      State    Zip    Telephone No.

## WRIT

TO ANY SHERIFF, DEPUTY SHERIFF, OR DEPUTY U.S. MARSHAL: **IN THE NAME OF THE PEOPLE OF THE UNITED STATES OF AMERICA, YOU ARE HEREBY COMMANDED:**

1. Seize the property described in the attached judgment for claim and delivery and deliver to the plaintiff(s); or if the property is not found in the possession of the defendant(s), levy the value of it.
2. Seize and sell, according to law, so much of the personal property of defendant(s) _____ not exempt from execution, as will be sufficient to satisfy plaintiff's demand and costs.
3. If sufficient personal property of defendant(s) cannot be found within your jurisdiction, seize and sell so much of the real property of defendant(s) not exempt from execution, as will be sufficient to satisfy plaintiff's demand and costs.
4. Collect from sale of such property sufficient monies to pay all of your charges and fees to which you are entitled.
5. After service of this writ, make proper return in not less than 20 days, nor more than 90 days, from the date of receipt.

Clerk

March 14, 2019                                           /s/ E. Siskind
Date                                                     Deputy Clerk

## ENDORSEMENT

I certify that I received this writ of execution on _____ at _____
                                                      Date              Time

Deputy Sheriff / Deputy U.S. Marshal

PAGE ONE OF TWO

**CERTIFICATE OF WRIT OF EXECUTION SATISFIED IN FULL/IN PART**

I certify, under penalty of contempt of court, that I have levied and collected from the defendant(s), in full/in part with interest and costs, as I was ordered,

☐ the amount of judgment.

☐ the property of claim and delivery judgment.

A. Balance due judgment creditor $ _____

B. Receipts from execution $ _____

    1. Statutory flat fee $ _____

    2. Mileage from place of service to court in judicial district/county of service ____ miles $ _____

    3. Fee based on percentage of receipts $ _____

    4. Fee for notice of sale $ _____

    5. Expenses (itemized below) $ _____

C. Total collection fees (add items 1 through 5) $ _____

D. Receipts due judgment creditor (subtract C from B) $ _____

E. Uncollected balance (subtract D from A) $ _____

Itemized expenses: _____

_____

_____

_____

_____                                _____

Date                                                                                          Deputy Sheriff / Deputy U.S. Marshal

**CERTIFICATE OF WRIT OF EXECUTION UNSATISFIED**

I certify, under penalty of contempt of court, that after diligent search, no personal or real property of the defendant(s) could be found on which to levy the specified balance due.

_____                                _____

Date                                                                                          Deputy Sheriff / Deputy U.S. Marshal